*Amended Complaint*

General Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

Eric Arnold Blount
_____

_____
List the full name of each plaintiff in this action.

VS.

City of Beaumont
Sharae N. Bassett
Thomas Baker
List the full name of each defendant in this action.
Do not use "et al".

Case Number: 1:13-cv-00191

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAY 10 2013

DAVID J. MALAND, CLERK
BY
DEPUTY _____

Attach additional pages if necessary.

I.   ATTEMPT TO SECURE COUNSEL:

   Please answer the following concerning your attempt to secure counsel.

   A.   In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

      1.   Employ Counsel
      2.   Court - Appointed Counsel
      3.   Lawyer Referral Service of the State Bar of Texas,
         P. O. Box 12487, Austin, Texas 78711.

   B.   List the name(s) and address(es) of the attorney(s):
      David W. Starnes, 390 Park St. Beaumont, Tx.
      Clay Dugas, 805 Park St. Beaumont, Tx.
      James Makin, 1900 Broadway 3rd fl. Beaumont, Tx.

C. Results of the conference with counsel:

*Was advised that they do not handle civil cases*

II. List previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents? ✓ Yes ___ No

B. If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

1. Approximate file date of lawsuit: 5-17-2012

2. Parties to previous lawsuit(s):

   Plaintiff: Eric Arnold Blount

   Defendant: Bryan Thomas Baker

Attach a separate piece of paper for additional plaintiffs or defendants.

3. Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

   United States District Court/Eastern District

4. Docket number in other court. 1:12-cv-239

5. Name of judge to whom the case was assigned.

   Zack Hawthorn

6. Disposition: Was the case dismissed, appealed or still pending?

   Dismissed

7. Approximate date of disposition. 12-20-12

III.  Parties to this suit:

    A.  List the full name and address of each plaintiff:

        Pla #1 Eric Arnold Blount
4310 Eaton
Beaumont, Texas 77705

        Pla #2 _____

    B.  List the full name of each defendant, their official position, place of employment and full mailing address.

        Dft #1: City of Beaumont
P.O. Box 3827
Beaumont, Tx. 77704

        Dft #2: Beaumont Police Dept.
P.O. Box 3827
Beaumont, Tx. 77704

        Dft #3 Bryan Thomas Baker
City of Beaumont
Beaumont, Tx. 77704

Attach a separate sheet for additional parties.

IV: Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

Basically, the Beaumont Police Dept. searched my vehicle, without permission and without a warrant. I was illegally stopped, without a probable cause and illegally detained. The officer stated that I was going down the wrong way, when I was clearly going down the right way. I feel like there was racial discrimination and stereotyping involved, since I was parked. I did not give him permission to search my vehicle, although he said in a statement that I did. Basically Sharae Bassett violated my civil rights as per the arjing Americans with Disabilities Act and because I'm black and mentally retarded in accordance with documented proof along with Thomas Burbank, the District Attorney's office and Judge Larry Gist.

Attachment: To Complaint.

To the said Court, The United States District Court Eastern District of Texas To The Honorable said Court.

I Eric Blount wish to file a motion to dismiss to dismiss and set aside the Five years of Probation, and Judge Larry Gist-252 Drug Impactment Court, Jefferson County, 1149 (Cause Num. 12-14054) Based upon the due process of Law under the United States Constitution violated my 6th Admenment Right See-Dusky vs. The United State Citations 362 U.S. 402 & 7 (HTTPS://Supreme.JUSTIA.com/us/362/402/case.html) (More) 80 S Ct. 788; 4 L. Ed. 2d 824; 1960 US LEXIS 1307 - And violated my Constitusional Right under the Ageing and disability Act. In said Court. Also my Civil Rights me telling them In Court, that I can't read, but they told me to sign the probation papers away, so this violates my Constitutional Right and Civil Rights because I'm black, I'm mild mentally retarded, and can't read, and hope the Court to Grant this motion

V.  Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

Grant financial relief and set aside all charges.

Signed this __Tenth__ day of __May__, 20__13__.
(Month)    (Year)

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: __5-10-2013__
Date

_Eric Bl___

Signature of each plaintiff